# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theo Shorty,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Day and Night Medical Trans Incorporated, et al.,<br><br>　　　　　Defendants. | **NO. CV-23-00084-PHX-SMM (ASB)**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants. Statutory damages are entered in the amount of $450.00, plus post-judgment interest at the rate of 5.41%, is awarded to Theo Short. The full amount of $450.00 is awarded against Defendant Day and Night Medical Trans Incorporated, and $384.00 (of the $450.00) is awarded against Defendants Day and Night Medical Trans Incorporated, Ammar Adam, and Jane Doe Adam, jointly and severally.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 3, 2023

　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　　　By　Deputy Clerk